20   a poor man's bankruptcy handled through the state court

21   as opposed to the federal court and that as an unsecured

22   lender -- creditor, there was nothing left over for them

23   to get.

24   Q.   Do you recall if you made that statement

REAL-TIME REPORTERS, INC.
REAL-TIMEREPORTERS.COM
312-578-9323


128


1   to -- that specific statement to any creditors?

2   A.   I believe I did.

3   Q.   Do you recall whether that statement was

4   ever made to CIT?

5   A.   I can't recall.  There were a -- when you

6   look at that list in the exhibit, there are pages upon

7   pages of creditors.  It would be unreasonable to think

8   that I could remember every conversation with them five

9   years ago, four-and-a-half years ago.

10   Q.   Did your company have any insurance that

11   might cover the costs of this lawsuit?

12   A.   No.

13   Q. Do you have any insurance that might cover

14 any settlement you enter into or any judgment which is

15 awarded against you?

16   A. No.

17   Q. Does your company have general liability

18 insurance?

19   A. We have general liability insurance.

20       MR. MENKES: Let me confer with counsel.

21 That may be it.

22       (Recess.)

23       MR. MENKES: We have no further questions.

24 Mr. Weslowski any questions?

REAL-TIME REPORTERS, INC.
REAL-TIMEREPORTERS.COM
312-578-9323

129

1       MR. WESLOWSKI: None.

2       MR. MENKES: Any questions?

3       MR. O'HARA: I don't have any questions.

4       MR. WESLOWSKI: We'll waive signature.

5           FURTHER DEPONENT SAITH NOT

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

```
 1   STATE OF ILLINOIS    )
                          ) SS.
 2   COUNTY OF COOK       )
```

4  I, JENNIFER DUNN, Certified Shorthand Reporter No.

5  084-003626, Registered Merit Reporter, Certified Realtime

6  Reporter, and Notary Public within and for the County of

7  Cook and State of Illinois, do hereby certify that

8  previous to the commencement of the examination, said

9  witness was duly sworn by me to testify the truth; that

10 the said deposition was taken at the time and place

11 aforesaid; that the testimony given by said witness was

12 reduced to writing by means of shorthand and thereafter

13 transcribed into typewritten form; and that the foregoing

14 is a true, correct, and complete transcript of my

15 shorthand notes so taken as aforesaid.

16     I further certify that there were present at the

17 taking of the said deposition the persons and parties as

18 indicated on the appearance page made a part of this

19 deposition transcript.

20    I further certify that the signature of the

21    witness to the foregoing deposition was WAIVED by

22    agreement of counsel; and that I am not counsel for nor in

23    any way related to any of the parties to this suit, nor am

24    I in any way interested in the outcome thereof.

      REAL-TIME REPORTERS, INC.
      REAL-TIMEREPORTERS.COM
      312-578-9323

      131

1    IN TESTIMONY WHEREOF, I have hereunto set my hand

2    on this day, July 15, 2009.

3

4

5    _____

6       JENNIFER DUNN, RMR, CRR
     Notary Public
7       License No. 084-003626

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

REAL-TIME REPORTERS, INC.
REAL-TIMEREPORTERS.COM
312-578-9323